IRELL & MANELLA LLP
Scott D. Baskin, P.C. (84283) (sbaskin@irell.com)
David C. McPhie (231520) (dmcphie@irell.com)
Cathy Moses (254791) (cmoses@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Plaintiffs
Western Digital Technologies, Inc. and
Hitachi Global Storage Technologies, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., a Delaware corporation, and HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, a Texas entity; CARL B. COLLINS, an individual; and FARZIN DAVANLOO, an individual,<br><br>　　　　　Defendants. | Case No. CV 10-03595-SBA<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>**[Administrative Motion to File Under Seal and Declaration in Support Submitted Concurrently]**<br><br>Complaint Filed:  August 16, 2010 |

As set forth in Plaintiffs Western Digital Technologies, Inc.'s and Hitachi Global Storage Technologies, Inc.'s (collectively, "Plaintiffs") Administrative Motion to File Documents Under Seal Pursuant To Local Rule 79-5 ("Administrative Motion"), and declaration in support, Plaintiffs lodged with the Court the following documents:

1. Plaintiffs' Opposition to Defendant The Board of Regents of the University of Texas System's ("UT") Motion to Dismiss;

2. Plaintiffs' Opposition to Defendant Carl Collins' and Farzin Davanloo's (collectively, the "UT Professors") Motion to Dismiss or Transfer;

3. Exhibits 14 to 19, 23, and 36 to 44 to the Declaration of Cathy Moses In Support of Plaintiffs' Opposition to UT's Motion to Dismiss and the UT Professors' Motion to Dismiss or Transfer;

4. Plaintiffs' Motion for Jurisdictional Discovery; and

5. Exhibits 5 and 8 to 10 to the Declaration of David C. McPhie In Support of Plaintiffs' Motion for Jurisdictional Discovery.

Having considered Plaintiffs' Administrative Motion and supporting papers, and good cause appearing therefore, IT IS HEREBY ORDERED that the afore-mentioned documents are to be filed and remain under seal.

Dated: 1/10/11

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong
Judge, United States District Court